# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, CONTRACT COMPLIANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>      Plaintiffs,<br><br>  vs.<br><br>SMART TECH GROUP, INC., a California corporation,<br><br>      Defendant. | Case No.  8:16-cv-1912-JLS-DFMx<br><br>**JUDGMENT** |

On March 22, 2017, the Court granted a motion for default judgment filed by Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund ("NEBF"), Trustees of Southern California IBEW-NECA Labor-Management Cooperation Committee ("S. Cal. LMCC"), Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund ("National LMCC"), Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union. (Order, Doc. 18.) Therefore, **IT IS HEREBY ORDERED THAT:**

1. Final judgment as to liability is entered against Defendant Smart Tech Group, Inc. on Plaintiffs' first two claims for relief. Plaintiffs' third claim for relief is deemed withdrawn. The Court finds there is good cause and no just reason for delay to enter final judgment against Defendant.

2. Plaintiffs are awarded unpaid contributions in the amount of $14,367.55, pre-judgment interest in the amount of $791.62, liquidated damages in the amount of $3,477.35, attorneys' fees in the amount of $8,105.10, and costs to be determined by the Court Clerk.

**IT IS SO ORDERED.**

Dated: March 22, 2017

   HON. JOSEPHINE L. STATON
   UNITED STATES DISTRICT JUDGE